# Exhibit J

# BILL OF LADING

**SAFROUND LOGISTICS**

**SAFROUND LOGISTICS CO., LTD.**
as carrier

| Shipper's Name and Address | |
|---|---|
| ASCENT PARVENU CO., LTD<br>55/39 MOO 10, NAKHON SAWAN TOK MUANG<br>NAKHORN SAWAN, NAKHORN SAWAN<br>6000 THAILAND<br>TAX ID 0605557001161 | |

| B/L Number | Job Number |
|---|---|
| TG21040002 | MEDUT0652957 |

**Consignee's Name and Address**
PAZ GLOBAL VENTURES LLC.
C/O SAADIA SHAPIRO
3145 CONEY ISLAND AVE,
BROOKLYN, NY 11235, USA
TEL: (212) 606-2000

**Notify Party's Name Address**
TRAN SMART LOGISTICS.
29 BAY 25TH STREET, 2ND FLOOR BROOKLYN, NY 11214
TEL: (718)-712-3330 FAX: (718)-712-9196
CELL: (929)-316-9571
EMAIL: GARYH@TRANSMARTLOGISTICS.COM

**For Cargo Delivery, please Contact:**
TRAN SMART LOGISTICS INC
29 BAY 25TH STREET, 2ND FLOOR
BROOKLYN, NY 11214
TEL: 718-712-3330 FAX: 718-712-9196
EMAIL: DOCS@TRANSMARTLOGISTICS.COM

No.of Copy B/L

| Vessel Voyage | Port of Loading |
|---|---|
| MAERSK EMDEN    113N | LAEM CHABANG, THAILAND |

| Port of Discharge | Place of Delivery | Final Destination(For Merchant's Reference Only) |
|---|---|---|
| LONG BEACH, CA, USA | LONG BEACH, CA, USA | |

## Particulars Furnished by Shipper

| Marks and Numbers | No.of Packages | Description of Packages and goods | Gross Weight | Measurement |
|---|---|---|---|---|
| A PLUS | 6600CARTONS | NITRILE DISPOSABLE EXAMINATION GLOVES BLUE | 49500.000KGS | 134.6000CBM |

TGBU9853503/FJ10504882/40HC/3300CARTONS/18150KGS/67.3CBM
FFAU2002371/FJ10504871/40HC/3300CARTONS/18150KGS/67.3CBM

FREIGHT COLLECT
2*40HC CY-CY FCL
SHIPPER'S LOAD AND COUNT AND SEAL.        SAID TO CONTAIN.

| Freight and Charges | Prepaid | Collect | |
|---|---|---|---|
| | | | Received the goods of packages Said to contain goods herein mentioned in apparent good order and condition unless otherwise indicated. To be transported and delivered. To transshipped as herein provided. Subject always to the exception, limitations, conditions and liberties set out on the reverse side hereof to which the shipper and/or consignee agree to accept this Bill of Lading<br><br>In witness whereof, the carrier had signed and the shippers has received numbers of original bill of lading stated above, one of which being accomplished the others to stand void.<br>Attention of shipper: The terms and conditions of the order bill of lading under which this shipment is accepted are printed on the back here of. |

| Total | Date and Place of Issue |
|---|---|
| SAY SIX THOUSAND SIX HUNDRED CARTONS ONLY | LAEM CHABANG    3-APR-2021 |

*Applicable only when document used as a Through Bill of Lading

ORIGINAL

No 0000001